Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–6667.   MEDER v. MEDER.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–6702.   COSNER v. OREGON.   Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question.

No. D–592.   IN RE DISBARMENT OF GIOMETTI.   Disbarment entered.   [For earlier order herein, see 479 U. S. 1003.]

No. D–609.   IN RE DISBARMENT OF CONNOLLY.   Disbarment entered.   [For earlier order herein, see 480 U. S. 902.]

No. D–616.   IN RE DISBARMENT OF DECIOUS.   Disbarment entered.   [For earlier order herein, see 480 U. S. 914.]

No. D–618.   IN RE DISBARMENT OF WHITTEN.   Disbarment entered.   [For earlier order herein, see 480 U. S. 928.]

No. D–619.   IN RE DISBARMENT OF STOKES.   Disbarment entered.   [For earlier order herein, see 480 U. S. 928.]

No. D–634.   IN RE DISBARMENT OF BRYAN.   It is ordered that Paul Jackson Bryan, of Palatka, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 86–108.   HILTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. v. BRAUNSKILL.   C. A. 3d Cir.   [Certiorari granted, 479 U. S. 881.]   Motion of petitioners for leave to file a supplemental brief after argument granted.

No. 86–120.   BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. ELLENDER ET AL., 479 U. S. 914.   Motion of respondents for award of attorney's fees and costs denied.

No. 86–179.   CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL. v. AMOS ET AL.; and

No. 86–401.   UNITED STATES v. AMOS ET AL.   D. C. Utah. [Probable jurisdiction postponed, 479 U. S. 929.]   Motion of